# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter   13 |
| | : | |
| Joseph Michael Swinehart, Sr. | : | |
| | : | |
| Debtor | : | Bankruptcy No. 18-16812 |

## ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 10/12/2018, this case is hereby DISMISSED.

November 19, 2018

_____
Magdeline D. Coleman
United States Bankruptcy Judge

Missing Documents:

    Credit Counseling Certificate
    Matrix
    Chapter 13 Plan
    Chapter 13 Income Form 122C-1
    Schedules AB-J
    Statement of Financial Affairs
    Summary of Assets & Liabilities

bfmisdoc