United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 18-16812-mdc
Joseph Michael Swinehart, Sr.                                   Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: Antoinett        Page 1 of 1              Date Rcvd: Nov 20, 2018
                              Form ID: pdf900         Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 22, 2018.
db             +Joseph Michael Swinehart, Sr.,    817 Garden Street,    Bristol, PA 19007-3912
14213531       +Credit Acceptance,    25505 West Twelve Mile Rd,    Suite 3000,    Southfield MI 48034-8331
14217725       +Rebecca A Solarz, Esquire,    KML Law Group, P.C.,    701 Market Street, Suite 5000,
                Philadelphia, PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Nov 21 2018 02:46:13     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 21 2018 02:45:56
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 21 2018 02:46:04     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14226015        E-mail/PDF: resurgentbknotifications@resurgent.com Nov 21 2018 02:49:30
                LVNV Funding, LLC its successors and assigns as,    assignee of Citibank (South Dakota),,
                N.A.,   Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
                                                                                        TOTAL: 4

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 20, 2018 at the address(es) listed below:
            REBECCA ANN SOLARZ   on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com
            United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
            WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                TOTAL: 3

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

In re                                              :       Chapter    13

                                                   :

Joseph Michael Swinehart, Sr.

                                                   :

          Debtor                                   :       Bankruptcy No. 18-16812


ORDER


          AND NOW, it is  ORDERED that since the debtor(s) have failed to

timely file the documents required by the order dated 10/12/2018, this case

is hereby DISMISSED.


          November 19, 2018

                                                          _____
                                                          Magdeline D. Coleman
                                                          United States Bankruptcy Judge


Missing Documents:
                              Credit Counseling Certificate
                              Matrix
                              Chapter 13 Plan
                              Chapter 13 Income Form 122C-1
                              Schedules AB-J
                              Statement of Financial Affairs
                              Summary of Assets & Liabilities


bfmisdoc